# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

ARCHER TRUCKING, INC., et al. )
                      Plaintiff, )
v. )   Case Number: 1:06−cv−00410−UA−PTS
                                          )
VECELLIO & GROGAN, INC. )
                      Defendant )

# N O T I C E

**Take notice** that a proceeding in this case has been set/reset as indicated below:

          **PLACE:** U.S. Courthouse, 324 W. Market St. , Greensboro , NC
    **COURTROOM:** Greensboro Courtroom #1A
**DATE AND TIME:** June 26, 2006 – 09:30 AM
    **PROCEEDING:** Initial Pretrial Conf. Hearing

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 day before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2). **If parties are unable to reach agreement on a discovery plan and therefore submit seperate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.**

---

John S. Brubaker, Clerk

By:   /s/ Wanda Williamson , Deputy Clerk

Date:   May 10, 2006

TO:   ALL COUNSEL OF RECORD