# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **ARCHER TRUCKING, INC.,** | ) | |
| **DAVID ARCHER, SR., and DAVID** | ) | |
| **ARCHER, JR.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:06CV00410 |
| | ) | |
| **VECELLIO & GROGAN, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF APPROVAL

The Court has reviewed the Joint Rule 26(f) Report submitted by the parties. The Report is approved, except that dispositive motions are due 30 days after the close of discovery.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 27, 2006