# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Archer Trucking Inc., et al.
    v.                                    Case Number: 1:06CV410
Vecello & Grogan, Inc.

# N O T I C E

     **TAKE NOTICE** that a **JURY TRIAL** has been **SET** in the above-referenced case for the **JULY MASTER CALENDAR TERM**. Said term shall begin on July 9, 2007, at a place to be determined at a later date and will continue until all of the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

        PLACE:           TO BE DETERMINED AT A LATER DATE.
        DATE & TIME:    July 9, 2007- 9:30 a.m.
        PROCEEDING:    Jury Trial.

     A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Master Calendar term. **Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.**

     The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **No later than June 19, 2007, each party shall file a trial brief, along with proposed instructions on the issues.**

---

John S. Brubaker, Clerk

By: /s/ Sheila Blumke, Deputy Clerk

Date: August 2, 2006

TO: ALL COUNSEL OF RECORD